11091625
4.50
JR

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) James M. & Louise L. Callahan /Case # 07-04216
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 4.50 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant E Cast Settlement Corp. Amount $ 4.50 Claims Register # 2

Claimant _____ Amount $_____ Claims Register #\_\_\_\_\_

Claimant _____ Amount $_____ Claims Register #\_\_\_\_\_

Claimant _____ Amount $_____ Claims Register #\_\_\_\_\_

TAD
Trustee Name
Thomas A. Dorey

FILED APR 11 2011 BANKRUPTCY COURT BUFFALO, NY